UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC.
FILED
JUL 25 2005
AT _____ O'CLOCK ____ M
SOFRON B. NEDILSKY

SCHREIBER FOODS, INC.,
    Plaintiff,

v.                      Case No. 97-C-11

BEATRICE CHEESE, INC. and
KUSTNER INDUSTRIES, S.A.,
    Defendants.

Copy mailed to attorneys for parties by the Court pursuant to Rule 77 (d) Federal Rules of Civil Procedures.

-------------------------------- consolidated with --------------------------------

SCHREIBER FOODS, INC.,
    Plaintiff,

v.                      Case No. 97-C-566

GREAT LAKES CHEESE CO., INC.,
GREAT LAKES CHEESE OF LA CROSSE
WISCONSIN, INC., and
GREAT LAKES CHEESE OF WISCONSIN, INC.,
    Defendants.

## RESCHEDULING ORDER

**IT IS ORDERED** that a telephonic status conference previously scheduled for August 5, 2005 at 3:00 p.m. CDT **HAS BEEN RESCHEDULED** to **August 8, 2005 at 3:00 p.m. CDT**. The court will initiate the call.

Dated at Milwaukee, Wisconsin this 25 day of July, 2005.

LYNN ADELMAN
District Judge