# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN



Schreiber

Plaintiff,

v.

Case No. 97C11

Kustner Defendant.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 3pm
Deputy Clerk: J Klei

Date: 8/8/05
Concluded: 3:15
Court Reporter:

Appearances:
Plaintiff: Wm. McLewain

Defendant: Thomas Seavone
Pat. Solon

Nature of Conference: status    X telephonic

Notes:

file is administratively closed with consent of both parties — if either party wishes to reinstitute the case it may do so by giving notice to the court and the opposing party